PEARL MUNZER, Appellant, *v.* RUSSELL E. BLAISDELL (Superintendent of Rockland State Hospital) et al., Respondents.

Argued April 7, 1947; decided April 17, 1947.

*Pearl Munzer,* in person, for motion.
*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Ruth Kessler Toch* of counsel), opposed.

Motion dismissed on the ground that the Court of Appeals has no jurisdiction to award the relief requested.